Benno Ashrafi, Esq. (CSBN 247623)
Carlos Guzman, Esq. (CSBN 219185)
Lee Previant, Esq. (CSBN 259293)
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Tel.: (310) 247-0921
Fax: (310) 786-9927

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE SMOTHERS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>**3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY**;<br>**ASBESTOS CORPORATION LIMITED**;<br>**AIR & LIQUID SYSTEMS CORPORATION**, a subsidiary of AMPCO-PITTSBURGH CORPORATION, individually and as successor by merger to BUFFALO PUMPS, INC., individually and as successor in interest to BUFFALO FORGE COMPANY;<br>**ALFA LAVAL, INC.**, individually and as successor in interest to THE DELAVAL SEPARATOR COMPANY and SHARPLES CORPORATION;<br>**AMERON INTERNATIONAL CORPORATION,** f/k/a | CASE NO. 2:13-cv-05986-SJO-AGR<br><br>**ORDER ON JOINT-STIPULATED REMAND**<br><br>Hon. S. James Otero<br>United States Courthouse<br>Courtroom No.: 1<br>312 North Spring Street, 2nd Floor<br>Los Angeles, CA 90012-4701<br><br>```<br>cc: order, docket, remand<br>letter to Los Angeles Superior<br>Court no. JCCP 6774; BC 507163<br>as to defendant Foster Wheeler<br>only<br>``` |

- 1 -
[PROPOSED] ORDER ON JOINT-STIPULATED REMAND

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

1. BONDSTRAND individually and as successor in interest to AMERON MERGER COMPANY and AMERON INC., AMERCOAT, INC., and AMERICAN PIPE AND CONSTRUCTION;
2. **AMETEK, INC.,** individually and as successor in interest to HAVEG INDUSTRIES, INC. and HERCULES, INC.;
3. **ANCHOR DARLING VALVE COMPANY**;
4. **AURORA PUMP COMPANY;**
5. **BECHTEL CONSTRUCTION COMPANY**;
6. **BECHTEL CORPORATION**;
7. **BLACKMER PUMP COMPA**NY;
8. **BW/IP INC.**, individually and as successor in interest to BYRON JACKSON PUMP CO.;
9. **CARRIER CORPORATION**, individually and as successor in interest to BRYANT HEATING & COOLING SYSTEMS;
10. **CBS CORPORATION f/k/a VIACOM, INC.**, successor by merger to CBS CORPORATION f/k/a WESTINGHOUSE ELECTRIC CORPORATION as successor in interest to BF STURTEVANT;
11. **CHAMPLAIN CABLE CORPORATION,** individually and as successor in interest to HERCULES INC.;
12. **CHEVRON USA, INC.**, individually and as successor in interest to TEXACO, INC.;
13. **CLEAVER-BROOKS, INC.**, individually and f/k/a AQUA-CHEM, INC.;
14. **FOSTER WHEELER, LLC;**
15. **DANA COMPANIES LLC**, f/k/a and

| | |
|---|---|
| 1 | individually and as successor in interest to VICTOR CORPORATION, |
| 2 | VICTOR GASKETS and VICTOR MANUFACTURING AND GASKET |
| 3 | COMPANY; |
| 4 | **ELEMENTIS CHEMICALS, INC.** |
| 5 | f/k/a HARCROS CHEMICALS, INC. individually and as successor in interest |
| 6 | to HARRISONS & CROSFIELD (PACIFIC) INC.; |
| 7 | **ELLIOTT COMPANY**, individually |
| 8 | and as successor in interest to ELLIOTT TURBO MACHINERY COMPANY, |
| 9 | INC.; |
| 10 | **FISHER CONTROLS INTERNATIONAL, LLC,** |
| 11 | individually and as successor in interest |
| 12 | to FISHER GOVERNOR COMPANY, FISHER CONTROLS COMPANY, and |
| 13 | FISHER CONTROLS |
| 14 | INTERNATIONAL, INC.; |
| 15 | **FLOWSERVE US INC.,** individually and as successor in interest to |
| 16 | EDWARD VALVES, INC.; |
| 17 | **FLUOR CORPORATION**; **FLUOR DANIEL ENGINEERING,** |
| 18 | **INC.**; |
| 19 | **FLUOR ENTERPRISES, INC.**, individually and as successor in interest |
| 20 | to FLUOR ENGINEERS & CONSTRUCTORS, INC. and FLUOR |
| 21 | DANIELS, INC.; |
| 22 | **FMC CORPORATION**, f/k/a CONSTRUCTION EQUIPMENT |
| 23 | GROUP a/k/a and individually and as |
| 24 | successor in interest to LINK-BELT CONSTRUCTION EQUIPMENT |
| 25 | COMPANY, LTD, and also |
| 26 | individually and as successor in interest |
| 27 | to NORTHERN PUMP COMPANY f/k/a NORTHERN FIRE APPARATUS |
| 28 | COMPANY, CHICAGO PUMP |

**WEITZ & LUXENBERG P.C.**
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

- 3 -
[PROPOSED] ORDER ON JOINT-STIPULATED REMAND

| | |
|---|---|
| 1 | COMPANY, PEERLESS PUMP COMPANY and CROSBY VALVE, INC.; |
| 2 | |
| 3 | **FOSTER WHEELER, LLC**, a/k/a and individually and as successor in interest to FOSTER WHEELER CORPORATION and FOSTER WHEELER ENERGY CORPORATION; |
| 4 | |
| 5 | |
| 6 | |
| 7 | **GARDNER DENVER, INC.**, f/k/a GARDNER DENVER MACHINERY, INC.; |
| 8 | |
| 9 | **GENERAL ELECTRIC COMPANY**; **GEORGIA-PACIFIC LLC**, f/k/a GEORGIA-PACIFIC CORPORATION; |
| 10 | |
| 11 | **GOODRICH CORPORATION**, f/k/a THE B.F. GOODRICH COMPANY; |
| 12 | **GOODYEAR TIRE & RUBBER COMPANY**; |
| 13 | **GOULDS PUMPS, INC.**; |
| 14 | **GRINNELL LLC**, d/b/a GRINNELL CORPORATION; |
| 15 | |
| 16 | **HILL BROTHERS CHEMICAL COMPANY**; |
| 17 | **HOLLINGSWORTH & VOSE, CO.**; |
| 18 | **HONEYWELL INTERNATIONAL, INC.**, f/k/a and individually and as successor in interest to ALLIED SIGNAL, INC., individually and as successor in interest to BENDIX CORPORATION; |
| 19 | |
| 20 | |
| 21 | |
| 22 | **IMO INDUSTRIES, INC.**, individually and as successor in interest to DELAVAL TURBINE, INC. and C.H. WHEELER MANUFACTURING COMPANY; |
| 23 | |
| 24 | |
| 25 | **INGERSOLL-RAND COMPANY**, individually and as successor in interest to TERRY STEAM TURBINE COMPANY; |
| 26 | |
| 27 | |
| 28 | **INTERNATIONAL PAPER COMPANY,** individually and as |

WEITZ & LUXENBERG P.C.
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

successor to STRATHMORE PAPER CO.;
**ITT CORPORATION, f/k/a ITT INDUSTRIES, INC.**, individually and as successor-in-interest to BELL & GOSSETT, KENNENDY VALVE MANUFACTURING COMPANY, KENNEDY VALVE, INC. and KENNEDY VALVE COMPANY;
**J.T. THORPE & SON, INC.**;
**JOHN CRANE, INC.**;
**KAISER GYPSUM COMPANY, INC.**;
**MEADWESTVACO CORPORATION**
**METALCLAD INSULATION CORPORATION**;
**OAKFABCO, INC.**, f/k/a KEWANEE BOILER CORPORATION;
**PARSONS CORPORATION**, individually and as successor in interest to THE RALPH M. PARSONS COMPANY;
**PEERLESS INDUSTRIES, INC.**;
**PLANT PRODUCTS & SUPPLY CO.**;
**SB DECKING, INC.**, f/k/a SELBY, BATTERSBY & CO.;
**SONOCO PRODUCTS COMPANY**;
**SPECIAL ELECTRIC COMPANY, INC.**, individually and as alter-ego and successor-in-interest to SPECIAL MATERIALS, INC.-DELAWARE, SPECIAL MATERIALS, INC.-OHIO, SPECIAL MATERIALS, INC.-ILLINOIS and SPECIAL MATERIALS, INC.-WISCONSIN f/k/a SPECIAL MATERIALS, INC. f/k/a SPECIAL ASBESTOS COMPANY, INC.;
**SYD CARPENTER, MARINE CONTRACTOR, INC.**;

[PROPOSED] ORDER ON JOINT-STIPULATED REMAND

|   | |
|---|---|
| 1 | **TEXACO INC.**; |
| 2 | **THE NASH ENGINEERING COMPANY**; |
| 3 | **THE WILLIAM POWELL COMPANY**; |
| 4 | **THOMAS DEE ENGINEERING CO., INC.**; |
| 5 | **TRANE U.S. INCORPORATED, f/k/a AMERICAN STANDARD INCORPORATED**, individually and as successor to KEWANEE BOILER CORP. and AMERICAN BLOWER COMPANY; |
| 6 | |
| 7 | |
| 8 | |
| 9 | **TRIPLE A MACHINE SHOP, INC.**; |
| 10 | **UNION CARBIDE CORPORATION**; |
| 11 | **VELAN VALVE CORPORATION**, individually and as successor in interest to VELAN STEAM TRAP CORPORATION; |
| 12 | |
| 13 | |
| 14 | **VIKING PUMP, INC.**; |
| 15 | **WARREN PUMPS, LLC**, f/k/a WARREN PUMPS, INC., individually and as successor in interest to QUIMBY PUMP COMPANY; |
| 16 | |
| 17 | |
| 18 | **WEIR VALVES & CONTROLS USA, INC.**, f/k/a and individually and as successor in interest to ATWOOD & MORRILL; |
| 19 | |
| 20 | and DOES 1 through 400, inclusive, |
| 21 | Defendants. |

THIS MATTER HAVING COME BEFORE THE COURT by the Joint Stipulation For Remand of this case to the Superior Court for the State of California, Central District, Stanley Mosk Courthouse, by and between counsel for Plaintiff CLYDE SMOTHERS and counsel for Defendant FOSTER WHEELER, LLC in the above referenced matter,

- 6 -
[PROPOSED] ORDER ON JOINT-STIPULATED REMAND

It is hereby, ORDERED, that this matter is REMANDED forthwith to the Superior Court for the State of California, Central District, Stanley Mosk Courthouse where it was originally filed within Joint Consolidated Cases Proceeding JCCP 4674, original case number BC507163.

**IT IS SO ORDERED.**

DATED: August 27, 2013

*S. James Otero*

_____
HONORABLE S. JAMES OTERO
Judge of the United States District Court